## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

JERMADA ROBERTSON,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     CIVIL ACTION NO. 5:26-cv-242 (MTT)
                                  )
LA PARILLA MEXICAN RESTAURANT,    )
                                  )
          Defendant.              )
_____      )

## <u>ORDER</u>

Plaintiff Jermada Robertson moves for court-appointed counsel. ECF 10. Plaintiff states that he is currently residing in a homeless shelter and is unable to work and afford counsel. *Id.* "Appointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (citation omitted). Rather, "[i]t is a privilege that is justified only by exceptional circumstances." *Id.* (citation omitted). Plaintiff has not shown exceptional circumstances warranting the appointment of counsel in his civil case at this time. Accordingly, Plaintiff's motion (ECF 10) is **DENIED**.

**SO ORDERED**, this 25th day of June, 2026.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT