**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JERMADA ROBERTSON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-242 (MTT)** |
| **LA PARILLA MEXICAN RESTAURANT,** | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff Jermada Robertson is proceeding pro se and *in forma pauperis*. Accordingly, the Court must conduct a frivolity review of Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). On June 23, 2026, the Court identified deficiencies in Plaintiff's complaint and ordered Plaintiff to amend his complaint by July 13, 2026. ECF 13. The deadline for compliance passed, and Plaintiff did not comply with the Court's order. As a result, the Court ordered Plaintiff to show cause why his complaint should not be dismissed for failure to comply with the Court's order. ECF 15. Plaintiff was given until August 5, 2026, to comply with the Court's orders and instructions and was warned that failure to comply could result in dismissal. *Id.*

The time for compliance has again passed without a response from Plaintiff. As Plaintiff was previously warned, the failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey

a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))[1]. Accordingly, Plaintiff's complaint (ECF 7) is **DISMISSED without prejudice**.

**SO ORDERED**, this 11th day of August, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).