IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JERMADA ROBERTSON, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00242-MTT |
| | * | |
| LA PARILLA MEXICAN RESTAURANT, | | |
| | * | |
| Defendant. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 11, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 12th day of August, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk